IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTA JEAN MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-cv-00078 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Brown |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Christa Jean Moore's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14), filed along with a supporting brief (Doc. No. 15). Defendant Commissioner of Social Security filed a Response. (Doc. No. 17.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion should be granted in part and that the case should be remanded to the Commissioner for further proceedings. (Doc. No. 18 at 16.) The Report was filed on June 21, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, Plaintiff's Motion is hereby **GRANTED in part** and the Court therefore **REMANDS** the case to the Commissioner for further proceedings outlined in the Report (Doc. No. 18). This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the \_\_11\_\_ day of July, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT