## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTA JEAN MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 2:11-cv-00078** |
| **v.** | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Brown** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Pending before the Court is Plaintiff Christa Jean Moore's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Motion") (Doc. No. 20), filed with a supporting Memorandum (Doc. No. 21) and Affidavit (Doc. No. 22). Previously, the Court entered an order remanding this cause to the Commissioner for further administrative proceedings. (Doc. No. 19.) Plaintiff's counsel seeks attorney fees under the Equal Access to Justice Act in the amount of $2,362.50. (Doc. No. 20.) Defendant does not object to an award of $2,362.50. (Doc. No. 23.) The Court finds the requested attorney fees reasonable and accordingly **GRANTS** the Motion. A total of $2,362.50 shall be charged to Defendant, unless Plaintiff owes a pre-existing debt to the government that is subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716, in which case the remaining fees after offset will be payable to Plaintiff. Payment will be made in a check payable only to "Christa Jean Moore" and sent to the attention of her attorney, Donna Simpson, at her office address.

It is so ORDERED.

Entered this the ____27th____ day of August, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT