IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| CHRISTA JEAN MOORE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 2:11-cv-00078 |
| v. | ) | |
| | ) | Judge Nixon |
| CAROLYN W. COLVIN, | ) | Magistrate Judge Brown |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is attorney Donna Simpson's Motion for Award of Attorney Fees Pursuant to 42 U.S.C. §406(b) ("Motion") (Doc. No. 25), filed with an affidavit of Ms. Simpson (Doc. No. 25-1). Ms. Simpson requests the Court award her $3,660.00 in attorney's fees out of Plaintiff Christa Jean Moore's past-due benefits. (Doc. No. 25 at 1.)

In her affidavit, Ms. Simpson avers that, upon remand to Defendant Commissioner of Social Security, the Administrative Law Judge ("ALJ") reversed the Commissioner's previous decision and found Plaintiff to be disabled, thereby resulting in an award of $14,640.00 in past due benefits to Plaintiff. (Doc. No. 25-1 at 2.) However, Ms. Simpson has provided neither the favorable decision of the ALJ nor Plaintiff's award letter detailing the amount of past due benefits to be awarded. Accordingly, the Court finds Ms. Simpson has failed to provide sufficient documentation of the award in this case to establish the propriety or reasonableness of the fees sought. Accordingly, the Court **DENIES** the Motion **without prejudice to re-file**. Ms. Simpson should include either a copy of the favorable decision from the ALJ or Plaintiff's award letter with her renewed motion.

It is so ORDERED.

Entered this the __28__ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT